

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STELLA RUIZ ORTEGA | Civil Action No. 16CV3098 JM(BLM) |
| Plaintiff, | |
| V. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff's Motion for Summary Judgment is denied and Defendant's Cross-Motion for Summary Judgment is granted.

Date: 4/5/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ G. Cazares

G. Cazares, Deputy